■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINIC M. FRANZA, Appellant, v RANDY K. JAMES, Superintendent, Livingston Correctional Facility, Respondent. [987 NYS2d 281]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered January 28, 2013 in a proceeding pursuant to CPLR article 70. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.